**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

In re:

Debra A. Walker-Augurson

Debtor,

Case No. 24-10133-CMA

**ORDER ON PRO HAC VICE APPLICATION**

    This matter came before the Court on the Application for Leave to Appear Pro Hac Vice (the "Application") submitted by __Richard Wayne Greeson__ seeking permission to appear and participate as counsel for __Clearleaf Short Alternative Fund LP__ in the above-captioned matter. The Court having reviewed the Application, it is hereby

    ORDERED that the Application is GRANTED. This Order is limited to the above-captioned matter only and does not extend the applicant's pro hac vice status to other bankruptcy and adversary proceedings before this Court.

///End of Order///